SCOTT A. KRONLAND (SBN 171693)
DANIELLE E. LEONARD (SBN 218201)
MATTHEW J. MURRAY (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
        dleonard@altber.com
        mmurray@altber.com

*Attorneys for Proposed Intervenors California Teachers Association, SEIU California State Council, California Federation of Teachers, California School Employees Association, and California Labor Federation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey I. Barke, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Eric Banks, *et al.*, <br><br> Defendants. | CASE NO.: 8:20-cv-00358-JLS-ADS <br><br> **PROPOSED UNION INTERVENORS' NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS** <br><br> Hearing Date:  May 1, 2020 <br> Hearing Time:  10:30 am <br> Location:  Courtroom 10A <br><br> Judge:  The Hon. Josephine L. Staton |

**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that California Teachers Association ("CTA"), Service Employees International Union California State Council ("SEIU CA State Council"), California Federation of Teachers ("CFT"), California School Employees Association ("CSEA"), and California Labor Federation (collectively, the "Unions") will and hereby do move this Court for leave to intervene as defendants in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure.

A hearing on this motion has been noticed for May 1, 2020 at 10:30 am in Courtroom 10A on the 10th Floor of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, before the Honorable Josephine L. Staton.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 17, 2020. During that telephonic conference, counsel for the PERB Defendants stated they do not oppose this motion. Counsel for Plaintiffs have informed counsel they oppose this motion.

The grounds for the Unions' motion are as follows:

1. The Unions are entitled to intervention as of right under Federal Rule of Civil Procedure 24(a)(2) because: the Unions' motion is timely; the Unions have a "significantly protectable" interest in the subject of this case; the disposition of this case may as a practical matter impair the Unions' interests; and the Unions' interests may not be adequately represented by the existing parties because the Unions' interests are more "narrow and parochial" than the interests of state officials responsible for investigating and adjudicating public employee labor-management disputes.

2. In the alternative, the Unions should be permitted to intervene under Rule 24(b)(1) because they seek to address a common question of law with the

existing action, and intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

    This motion is based upon this Notice of Motion and Motion, the associated Memorandum of Points and Authorities in Support of Proposed Union Intervenors' Motion for Leave to Intervene, the accompanying proposed Answer in Intervention, the complete files and records of this action, and on such other argument or evidence as may be presented at or before the time of the hearing.

Dated: March 24, 2020        Respectfully submitted,

By: */s/ Scott A. Kronland*
    Scott A. Kronland

SCOTT A. KRONLAND
DANIELLE E. LEONARD
MATTHEW J. MURRAY
Altshuler Berzon LLP

*Attorneys for Proposed Intervenors California Teachers Association, SEIU California State Council, California Federation of Teachers, California School Employees Association, and California Labor Federation*