UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey I. Barke, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Eric Banks, *et al.*,<br><br>    Defendants. | CASE NO.: 8:20-cv-00358-JLS-ADS<br><br>**[PROPOSED] ORDER GRANTING UNION INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS** |

| | |
|---|---|
| 1 | Proposed intervenors California Teachers Association, Service Employees |
| 2 | International Union California State Council, California Federation of Teachers, |
| 3 | California School Employees Association, and California Labor Federation |
| 4 | (collectively, the "Unions") filed a Motion for Leave to Intervene as defendants in |
| 5 | this action on March 24, 2020.  The motion came on for hearing on May 1, 2020. |
| 6 | Having considered the parties' arguments, the Court GRANTS the motion. |
| 7 | The Unions are entitled to intervention as of right under Federal Rule of |
| 8 | Civil Procedure 24(a)(2) because: the Unions' motion is timely; the Unions have a |
| 9 | "significantly protectable" interest in the subject of this case; the disposition of this |
| 10 | case may as a practical matter impair the Unions' interests; and the Unions' |
| 11 | interests may not be adequately represented by the existing parties because the |
| 12 | Unions' interests are more "narrow and parochial" than the interests of the current |
| 13 | defendants, who are state officials responsible for investigating and adjudicating |
| 14 | public employee labor-management disputes.  *See, e.g.*, *Allied Concrete and Supply* |
| 15 | *Co. v. Baker*, 904 F.3d 1053, 1067-68 (9th Cir. 2018) (holding that a union was |
| 16 | entitled to intervene of right in analogous circumstances to defend a statute that |
| 17 | protected its members because the union's interests were more narrow and |
| 18 | parochial than the interests of the government). |
| 19 | Even if the Unions were not entitled to intervention as of right, the Court |
| 20 | would grant their request for permissive intervention under Rule 24(b)(1), because |
| 21 | they seek to address a common question of law with the existing action, and |
| 22 | intervention will not unduly delay or prejudice the adjudication of the rights of the |
| 23 | original parties. |
| 24 | The clerk is directed to update the docket to identify California Teachers |
| 25 | Association, Service Employees International Union California State Council, |
| 26 | California Federation of Teachers, California School Employees Association, and |
| 27 | California Labor Federation as intervenor defendants.  The Unions' Proposed |
| 28 | Answer in Intervention is deemed filed as of the date of this Order. |

1 **It is so ORDERED.**

3  Dated: _____

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE