UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00358-JLS-ADS                    Date: March 26, 2020
Title: Jeffrey I. Barke et al v. Eric Banks et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER (1) CONTINUING HEARING ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(Doc. 24) AND (2) DENYING PROPOSED INTERVENORS'
EX PARTE APPLICATION (Doc. 34)**

This action involves a First Amendment challenge to California Government Code
Section 3550, which states that "a public employer shall not deter or discourage public
employees or applicants to be public employees from becoming or remaining members of
an employee organization, or from authorizing representation by an employee
organization, or from authorizing dues or fee deductions to an employee organization."
The Plaintiffs in this action have filed a Motion for Preliminary Injunction, requesting
that the Court enjoin enforcement of Section 3550 "against Plaintiffs and other elected
public officials, pending final judgment in this case."  (MPI at 34, Doc. 24.)  The MPI is
currently set for hearing on May 1, 2020 at 10:30 a.m.

On March 24, 2020, Proposed Intervenors California Teachers Association,
Service Employees International Union California State Council, California Federation of
Teachers, California School Employees Association, and California Labor Federation
(collectively, the "Unions") filed an Ex Parte Application seeking an order setting their
Motion For Leave to Intervene (Doc. 33) for hearing alongside Plaintiffs' MPI, whether
that be on May 1, 2020 or a later date.  (Ex Parte at 2, Doc. 34.)  The Unions state:

[they] intend to file a brief opposing Plaintiffs' preliminary injunction motion by
the deadline for responsive briefs and seek leave to appear as defendants to oppose

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00358-JLS-ADS                    Date: March 26, 2020
Title: Jeffrey I. Barke et al v. Eric Banks et al.

that motion during the hearing. Setting the Union's Motion for Leave to Intervene
to be briefed and heard on the same schedule as Plaintiffs' motion for a
preliminary injunction will conserve judicial and party resources and will not
prejudice any party.

(Ex Parte at 1.)  Plaintiffs oppose the Ex Parte, noting that the Unions failed to properly
meet and confer prior to the Application's filing.  (Opp. at 2-3, Doc. 36; Ramsey Decl. ¶
3, Doc. 36-1.)

On March 19, 2020, to take effect on March 23, 2020 and to continue to and
including May 1, 2020, the Central District of California activated its continuity of
Operations Plan ("COOP").  (See http://www.cacd.uscourts.gov/news/covid-19-notice/).
Among other measures, in order to slow the spread of the COVID-19 virus, this plan
suspends all hearings in civil cases, save for those on emergency matters, which may
proceed telephonically only.  Accordingly, to facilitate an in-person hearing on Plaintiffs'
MPI, the hearing currently set for May 1, 2020 at 10:30 a.m. is CONTINUED to **June 19,
2020, at 10:30 a.m.**

Additionally, the Court disagrees that it is appropriate for the Unions' Motion for
Leave to Intervene to be set for hearing on the same date as Plaintiffs' MPI.  Instead, the
Court sets the Unions' Motion for Leave to Intervene for hearing on **May 8, 2020, at
10:30 a.m**.  As such, the Unions are permitted to file a substantive brief in opposition to
Plaintiffs' MPI only in the event that the Court grants leave to intervene in this matter.  In
light of the foregoing, the Unions' Ex Parte Application is DENIED.

Finally, all parties to this litigation, and their respective counsel, are advised to
comply with both the letter and spirit of the Local Rules and the procedures that govern
litigation before this Court (which can readily be found on this Court's procedures page
on the Central District website).  The failure to do so in the future may result in sanctions,
including the striking or summary denial of any non-compliant motions.

Initials of Preparer: tg