UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   8:20-cv-00358-JLS-ADS                                       Date: July 10, 2020

Title   Jeffrey I. Barke, et al. v. Eric Banks, et al.

Present: The Honorable: **JOSEPHINE L. STATON, United States District Judge**

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Schwarz – telephonic appearance | Joseph Eckhart – telephonic appearance |
| | Matthew Murray – telephonic appearance |
| | Todd Grabarsky – telephonic appearance |

**Proceedings:  Hearing Re Plaintiffs' Motion for Preliminary Injunction [24]; and, Defendants' Motion to Dismiss [41]**

Hearing held. Oral arguments heard. Matters taken under submission by the Court.

1: 35

**Initials of Preparer**   tg