UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00358-JLS-JDE                                        Date: August 20, 2020
Title: Barke v. Banks

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING MOTION FOR LEAVE TO INTERVENE UNDER SUBMISSION (Doc. 53)**

Before the Court is a Motion to Intervene filed by Xavier Becerra, Attorney General of California, currently set for hearing on August 20, 2020, at 10:30 a.m. (Mot., Doc. 53.) The Court finds this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing set for August 20, 2020, at 10:30 a.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

Initials of preparer: mk