UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey I. Barke, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Eric Banks, et al.,<br><br>　　　　Defendants,<br><br>　and<br><br>California Teachers Association, et al.,<br><br>　　　　Intervenor-Defendants. | Case No.: 8:20-cv-00358-JLS-ADS<br><br>**JUDGMENT** |

　　　The Court, having GRANTED the Defendants' Motion to Dismiss without leave to amend  (Doc. 75), HEREBY ORDERED that the Complaint is DISMISSED with prejudice, and JUDGMENT is hereby entered against Plaintiffs Jeffrey I. Barke, Ed Sachs, Laura Ferguson, Jim Reardon, Leighton Anderson, Phillip Yarbrough, and Rodger Dohm and in favor of Defendants and Defendant-Intervenors.

**IT IS SO ORDERED.**

Dated:  September 16, 2020　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　　　　　United States District Judge