1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

Jeffrey I. Barke, et al.,

CASE NO. 8:20-cv-00358-JLS-ADS

12

Plaintiffs,

13

v.

**AMENDED JUDGMENT**

14

Eric Banks, et al.,

15
16

Defendants,

17

and.

18

California Teachers Association, et al.

19

Intervenor-Defendants.

20
21
22
23
24
25
26
27
28

**AMENDED JUDGMENT**

The Court, having GRANTED the Defendants' Motion to Dismiss without leave to amend (Doc. 75), HEREBY ORDERS that the Complaint is DISMISSED without prejudice, and JUDGMENT is hereby entered against Plaintiffs Jeffrey I. Barke, Ed Sachs, Laura Ferguson, Jim Reardon, Leighton Anderson, Phillip Yarbrough, and Rodger Dohm and in favor of Defendants and Defendant-Intervenors.

DATED:  March 23, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE